

# IN THE COURT OF CRIMINAL APPEALS
# OF TEXAS

### NO. AP-76,159

### EX PARTE FREDERICK VICTOR DASCO, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 1133661 IN THE 351ST DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of failure to register as a sex offender and sentenced to two years' imprisonment in TDCJ-ID. He did not appeal his conviction.

Applicant contends that his plea was involuntary because he was improperly admonished for a third degree felony and his sentence is illegal because he was sentenced outside the proper punishment range for a state jail felony.

The trial court has determined that Applicant was improperly admonished and sentenced

for a third degree felony instead of a state jail felony and therefore his plea was involuntary. Applicant is entitled to relief. *Ex parte Huerta*, 692 S.W.2d 681 (Tex. Crim. App. 1985).

Relief is granted. The judgment in Cause No. 1133661 in the 351st Judicial District Court of Harris County is set aside, and Applicant is remanded to the custody of the sheriff of Harris County to answer the charges as set out in the indictment.

Copies of this opinion shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and Pardons and Paroles Division.

Delivered: June 3, 2009
Do Not Publish